WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Djime Kebe,<br><br>          Petitioner,<br><br>v.<br><br>Jon Gurule,<br><br>          Respondent. | No. CV-16-01116-PHX-JAT<br><br>**ORDER** |

      Pending before this Court is Petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241. The Magistrate Judge to whom this case was assigned issued a Report and Recommendation ("R&R"), recommending that the Petition be denied. (Doc. 14). Neither party has filed objections to the R&R.

      The Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . of any issue that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

      Therefore,

      **IT IS ORDERED** that the R&R (Doc. 14) is accepted and adopted. The Petition is denied and dismissed without prejudice and the Clerk of the Court shall enter judgment

accordingly.[1]

Dated this 26th day of October, 2016.

James A. Teilborg
Senior United States District Judge

---

[1] No certificate of appealability is required. *See Forde v. U.S. Parole Comm'n*, 114 F.3d 878, 879 (9th Cir. 1997).